```
_____ FILED _____ LODGED
         _____ RECEIVED

MAR 31 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Magistrate Judge Brian S. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN W. SHEDWIN, <br><br> Defendant. | NO. 3:23-mj-05121 <br><br> ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, BRIAN W. SHEDWIN, violated Title 18 United States Code, Sections 111 and 1114.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

DATED this 31st Day of March, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
U.S. v. SHEDWIN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970